# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SHANNON G. BLAKNEY,

                Plaintiff,                20 **CIVIL** 5338 (LGS) (BCM)

          -v-                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 14, 2020, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Administrative Law Judge (ALJ) will be instructed to offer the claimant an opportunity for a *de novo* hearing and issue a new hearing decision. On remand, both parties may obtain and submit new/additional evidence. The parties also consent to final Magistrate Judge Jurisdiction in this case.

**Dated:**  New York, New York
           December 14, 2020

                                                                           **RUBY J. KRAJICK**
                                                                          _____
                                                                              Clerk of Court
                                                     **BY:**
                                                                              _____
                                                                                Deputy Clerk