UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHANNON G. BLAKNEY,

        Plaintiff,                          Civil Action No.:
                                                          1:20-cv-05338-LGS-BCM

   - against -

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.                          **ORDER**
------------------------------------------------------------X

      The Court, having read the memorandum and affirmation of Charles E. Binder, attorney for Plaintiff in the above entitled case, requesting an award of attorney's fees in accordance with 42 U.S.C. § 406(b), and upon all the supporting documents annexed thereto,

      **IT IS ORDERED** that attorney's fees in the amount of $8,775.50, which represents approximately 12% of the past due benefits awarded to Plaintiff, be paid to Charles E. Binder, petitioner.

DATED:  December 6, 2021

                                                  LORNA G. SCHOFIELD
                                               **UNITED STATES DISTRICT JUDGE**